## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JORRIE ADAMS, individually and on behalf of all others similarly situated | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIV. ACTION NO. SA-5:17-cv-00103-XR |
| BRINKERHOFF INSPECTION, INC. d/b/a SMOB | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jorrie Adams and Defendant Brinkerhoff Inspection, Inc. d/b/a SMOB file this Notice of Settlement to inform the Court that they have reached an agreement resolving the issues in dispute in this matter. The parties are in the process of drafting documents to memorialize their agreement and anticipate they will formalize the documents within fourteen (14) days. Therefore, the parties respectfully request that the Court suspend all of the deadlines and settings in this case.

Respectfully submitted,

| | |
|---|---|
| /s/ Trang Q. Tran | /s/ Brad J. Davidson |
| Trang Q. Tran | Brad J. Davidson |
| Tran Law Firm | Brad J. Davidson Law Firm |
| Federal ID No. 20361 | Texas Bar No. 24036439 |
| State Bar No. 00795787 | 12405 Quaker Ave., Suite B |
| 2537 South Gessner Road, Suite 104 | Lubbock, Texas 79424 |
| Houston, Texas 77063 | Telephone: 806-412-6000 |
| Telephone: (713) 223 – 8855 | Facsimile: 806-412-6010 |
| Facsimile: (713) 623 – 6399 | brad@braddavidsonfirm.com |
| ttran@tranlawllp.com | |
| service@tranlawllp.com | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

      I certify that on Thursday, September 28, 2017, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which automatically sent notice to the following counsel of record:

Brad J. Davidson
Brad J. Davidson Law Firm
Texas Bar No. 24036439
12405 Quaker Ave., Suite B
Lubbock, Texas 79424
Telephone: 806-412-6000
Facsimile: 806-412-6010
brad@braddavidsonfirm.com

                                        /s/ *Trang Q. Tran*
                                        Trang Q. Tran